IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-107-FDW-DCK

| | |
|---|---|
| TRADESTATION SECURITIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WILLIAM HALE BARCLAY, et al. | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Jason D. Evans, concerning Maria A. Fehretdinov on March 17, 2014. Ms. Maria A. Fehretdinov seeks to appear as counsel *pro hac vice* for Plaintiff TradeStation Securities, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Ms. Maria A. Fehretdinov is hereby admitted *pro hac vice* to represent Plaintiff TradeStation Securities, Inc.

**SO ORDERED**.

Signed: March 17, 2014

David C. Keesler
United States Magistrate Judge