IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-107-FDW-DCK

| | |
|---|---|
| TRADESTATION SECURITIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIAM HALE BARCLAY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) filed by Lex M. Erwin, concerning J. Christopher Wehrle on March 31, 2014. Mr. J. Christopher Wehrle seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) is **GRANTED.** Mr. J. Christopher Wehrle is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: March 31, 2014

David C. Keesler
United States Magistrate Judge